**SCHLANGER LAW GROUP LLP**

January 4, 2022

**VIA ECF**

Hon. Lorna G. Schofield
U.S. District Judge
U.S. District Court - S.D.N.Y.
40 Foley Square
New York, NY 10007

> The application is **DENIED**. The Court does not ordinarily adjourn the initial pretrial conference because the time to respond to the Complaint has been extended. By **January 7, 2022**, the parties shall file a joint letter and proposed case management plan and scheduling order. The Clerk of Court is respectfully directed to close the motion at Docket No. 17.
>
> Dated: January 5, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

    **Re:**    *Pauker v Citibank, N.A.*
    **Index:**  1:21-cv-09126-LGS

Your Honor:

    My firm is co-counsel to Plaintiff in the above-referenced action. We write jointly with counsel for Defendant pursuant to the Court's Order dated December 1, 2021 (ECF Doc. 14) to respectfully request an extension of the January 5, 2022 deadline to file the case management plan (CMP) and an adjournment of the initial conference, currently scheduled for January 12, 2022. These dates were scheduled by the Court after it granted Defendant's initial request for an extension to respond to Plaintiff's Complaint to December 30, 2021 (ECF Doc. 13). On December 29, 2021, the Court entered an Order granting Defendant's second request for an extension to respond to the Complaint from December 30, 2021 to January 27, 2022 (ECF Doc. 16). While the Court granted Defendant's second extension request, the deadlines set forth in the Court's December 1, 2021 Order were not reset.

    In light of the most recent extension of time for Defendant to respond to the Complaint, the parties respectfully request the deadline to file the CMP be extended to February 2, 2022 and the initial conference be adjourned to February 9, 2022 (or another date that week).

Respectfully,

*/s/Arjun Shah*

Arjun Shah

cc: all counsel of record

**New York:**
80 Broad Street, Suite 1301
New York, NY 10004

**New Jersey:**
333 Fairview Avenue
Westwood, NJ 07675

**T.** 212.500.6114
**F.** 646.612.7996
**E.** ashah@consumerprotection.net

*Please use our New Jersey address for all hard copy correspondence.*