# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5350
Rneumann@zeklaw.com

WWW.ZEKLAW.COM

*The application is **GRANTED**. This action is **stayed** pending arbitration. By **April 15, 2022**, and every forty-give days thereafter, the parties shall file a joint letter regarding the status of arbitration. The Clerk of Court is respectfully directed to close the motion at Docket No. 26.*

*Dated: March 1, 2022*
*New York, New York*

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Scott Pauker v. Citibank, N.A.**
**Case No. 1:21 CV 09126 (LGS)**
**(Request to Stay the Action to permit Arbitration)**

Dear Judge Schofield:

We represent defendant Citibank, N.A. By order dated January 26, 2022, this Court enlarged Citibank's time to respond to the complaint to today. Since then, we have conferred with counsel for plaintiff and the parties have agreed to arbitrate this matter. We apologize for the late notice, but the parties only reached their agreement to arbitrate over the weekend. Plaintiff will endeavor to file for the Arbitration within a week.

Accordingly, we make this joint application to respectfully request that the Court stay the above-referenced action to permit the parties to arbitrate before the American Arbitration Association as provided in the Citibank Client Manual (customer agreement). This is the first request for this relief.

In the event the Court should require a formal motion for the requested relief, the parties respectfully request that the Court enlarge Citibank's time to respond to the Complaint for an additional 30 days, during which time Citibank will file a motion to stay this matter pending arbitration.

Respectfully submitted,

/s/ Ronald M. Neumann

Ronald M. Neumann

RMN:mzg

cc: Counsel of Record (by ECF and Email)

4873-1435-1633, v. 3

NEW YORK | CONNECTICUT | NEW JERSEY | VIRGINIA \ WASHINGTON, D.C. | TEL AVIV