UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                :
SCOTT PAUKER,                                     :
                                      Plaintiff,       :          21 Civ. 9126 (LGS)
                                                              :
                    -against-                       :          <u>ORDER</u>
                                                               :
CITIBANK, N.A.,                                  :
                                      Defendant.   :
                                                               :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order dated March 1, 2022 (Dkt. No. 27), the parties were directed to file a joint letter by April 15, 2022, and every forty-five days thereafter, regarding the status of arbitration.

      WHEREAS, no status letter was filed.  It is hereby

      **ORDERED** that by **April 20, 2022**, the parties shall file a status letter.

Dated: April 18, 2022
       New York, New York

                                                                    LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE