UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SCOTT PAUKER,
                             Plaintiff,

               -against-

CITIBANK, N.A.,
                             Defendant.
------------------------------------------------------------X

21 Civ. 9126 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued March 1, 2022, directed the parties to file a joint status letter by April 15, 2022, and every forty-five days thereafter, regarding the status of arbitration.

    WHEREAS, the parties filed their most recent status letter on August 29, 2022.

    WHEREAS, the parties were required to submit a status letter on October 13, 2022. No status letter was filed. It is hereby

    **ORDERED** that by **October 18, 2022,** the parties shall file a status letter.

Dated: October 14, 2022
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE