UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT PAUKER,<br><br>        Plaintiff,<br><br>   -against-<br><br>CITIBANK, N.A.,<br><br>        Defendant. | 21-CV-09126 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's June 26th Order, ECF No. 41, the parties were required to file a status letter, the contents of which are described in the Court's order, no later than August 21, 2023. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **Thursday, August 24, 2023.**

  SO ORDERED.

Dated: August 22, 2023
    New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge