UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT PAUKER,<br><br>      Plaintiff,<br><br>  -against-<br><br>CITIBANK, N.A.,<br><br>      Defendant. | 21-CV-09126 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's October 11th Order, ECF No. 46, the parties were required to file a status letter, the contents of which are described therein, no later than March 19, 2024. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 22, 2024. This is the second time the parties have failed to comply with a court order regarding a status letter. Further failures could result in sanctions.**

  SO ORDERED.

Dated: March 21, 2024
    New York, New York

                             _____
                               ARUN SUBRAMANIAN
                             United States District Judge