UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT PAUKER,<br><br>                          Plaintiff,<br><br>           -against-<br><br>CITIBANK, N.A.,<br><br>                         Defendant. | 21-CV-09126 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's March 25th Order, ECF No. 50, the parties were required to file a status letter, the contents of which are described therein, no later than June 15, 2024. To date, the parties have not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 21, 2024. This is the third time the parties have failed to comply with a court order regarding a status letter. Further failures could result in sanctions.**

      SO ORDERED.

Dated: June 18, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                            United States District Judge